COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 September 21, 2016
 No. 10-15-00385-CR
 SOPHIA CASTILLO
 v.
 THE STATE OF TEXAS
 
 
 center-4254500
 From the 40[th] District Court
 Ellis County, Texas
 Trial Court No. 39226CR
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record as relevant to the issues raised in this proceeding and finds that no reversible error is presented. Accordingly, the trial court's judgment signed on October 28, 2015 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk